# United States District Court
### for the
### Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

3282 Transit Road, Albion, New York 14411



Case No. 19-MJ- 87

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

3282 Transit Road, Albion, New York 14411

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, Items to be Searched for and Seized,

All of which are evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1546(a), 1546(b)(2), and 1028A(a)(1), and all of which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  May 9, 2019
                                                             *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  H. Kenneth Schroeder, Jr.         .
                                                                                                  *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ___ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  April 26, 2019 3:02 pm    _____/s/_____
                                                           *Judge's signature*

City and State:   Buffalo, New York       H. KENNETH SCHROEDER, JR.
                                          UNITED STATES MAGISTRATE JUDGE
                                                 *Printed name and Title*

| **Return** |||
|---|---|---|
| Case No.: 19-MJ- | Date and time warrant executed: 4/30/2019  0920 | Copy of warrant and inventory left with: On table at residence |
| Inventory made in the presence of: TFO Reed / TFO Szmania |||
| Inventory of the property taken and name of any person(s) seized: |||

- 4 IDs (two social security cards, two permanent resident cards)

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 5/08/2019

_____
*Executing officer's signature*

Christopher Szmania
_____
*Printed name and title*